TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: 510-970-4842
        Tina.naicker@ssa.gov

Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLEM BREEDLOVE,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br><br>                    Defendant. | Civil No.  2:25-cv-07088-AS<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1      IT IS ORDERED AND ADJUDGED that this case is reversed and

2  remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of

3  Social Security for further administrative proceedings pursuant to this Court's

4  ORDER of remand, issued on December 16, 2025.

5

6  DATED: December 16, 2025               / s / Sagar

7                           HONORABLE ALKA SAGAR

8                           UNITED STATES MAGISTRATE JUDGE